**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 98-1005**

————————————

BRIAN E. KING,

Plaintiff - Appellant,

versus

RICHMOND POLICE,

Defendant - Appellee.

————————————

**No. 98-1007**

————————————

BRIAN E. KING,

Plaintiff - Appellant,

versus

CHERYL BRANCH,

Defendant - Appellee.

————————————

Appeals from the United States District Court for the Eastern District of Virginia, at Richmond. Robert R. Merhige, Jr., Senior District Judge. (MISC-97-25-3, MISC-97-24-3)

————————————

Submitted:  May 28, 1998                    Decided:  June 10, 1998

Before ERVIN, LUTTIG, and MOTZ, Circuit Judges.

Affirmed as modified by unpublished per curiam opinion.

Brian E. King, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

   The district court denied Brian King leave to proceed in forma pauperis in these cases and dismissed the complaints. Because the materials submitted by King do not support his assertion of poverty, we affirm the district court's action. 28 U.S.C.A. § 1915(a) (West 1994 & Supp. 1998). However, we modify the judgment to be without prejudice. We grant leave to proceed in forma pauperis for purposes of this appeal only. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED AS MODIFIED